JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MOSES, | Case No. 5:21-cv-02064-JWH-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COLTON POLICE DEPARTMENT, ADAM KOAHOU, an individual, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment [ECF No. 22]" filed substantially concurrently herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332 and § 1441.

2. The operative pleading is the complaint (the "Complaint") [ECF No. 1-1] of Plaintiff Rosa Moses.

3. Defendants Does 1 through 10 are **DISMISSED**.

4. Defendants Colton Police Department and Adam Koahou shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Rosa Moses. Plaintiff Rosa Moses shall take nothing by way of her Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 31, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE